United States District Court
Western District of Texas
Waco Division

FILED

NOV 2 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN RE:  PATENT/TRADEMARK
        CASE FILINGS

§
§
§
§

## STANDING ORDER REGARDING PATENT/TRADEMARK CASES

This Order governs the commencement of patent and trademark cases to be filed in the Waco division of this court.

It is hereby **ORDERED**, at the commencement of the action, counsel filing such an action shall be responsible for the preparation and electronic filing of the AO Form 120, using the event Notice of Filing of Patent/Trademark Form, through this court's CM/ECF system. This standing order becomes effective for all patent and trademark cases filed on or after December 9, 2019.

SIGNED and ENTERED this  22nd  day of November, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE