IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-454-ADA |
| Plaintiff, | | **JURY TRIAL DEMANDED** |
| v. | | |
| MICROSOFT CORPORATION, | | |
| Defendant. | | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following: WSOU Investments, LLC is a private corporation whose parent is WSOU Holdings, LLC. Neither entity is public traded.

Dated: June 4, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ James L. Etheridge*

　　　　　　　　　　　　　　　　　　　　James L. Etheridge
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24059147
　　　　　　　　　　　　　　　　　　　　Ryan S. Loveless
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24036997
　　　　　　　　　　　　　　　　　　　　Travis L. Richins
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24061296

　　　　　　　　　　　　　　　　　　　　ETHERIDGE LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　　　　　　　　　Southlake, Texas 76092
　　　　　　　　　　　　　　　　　　　　Telephone: (817) 470-7249
　　　　　　　　　　　　　　　　　　　　Facsimile: (817) 887-5950
　　　　　　　　　　　　　　　　　　　　Jim@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　　　Ryan@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　　　Travis@EtheridgeLaw.com

　　　　　　　　　　　　　　　　　　　　***COUNSEL FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 4, 2020.

*/s/ James L. Etheridge*

James L. Etheridge