**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | §§§§ | CIVIL ACTION 6:20-cv-454-ADA |
| Plaintiff, | §§ | **JURY TRIAL DEMANDED** |
| v. | §§ | |
| MICROSOFT CORPORATION, | §§§ | |
| Defendant. | § | |

**NOTICE OF APPEARANCE**

Please take notice that attorney Travis L. Richins of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Richins hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: June 11, 2020**              Respectfully submitted,

/s/ *Travis L. Richins*

Travis L. Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
travis@etheridgelaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 11, 2020.

*/s/ Travis L. Richins*

Travis L. Richins