AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC<br>*Plaintiff*<br>v.<br>MICROSOFT CORPORATION<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 6:20-CV-454-ADA |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION .

Date: 09/03/2020 /s/ John W. McBride
*Attorney's signature*

John W. McBride, IL 6294453
*Printed name and bar number*

Sidley Austin LLP
1 S Dearborn
Chicago, IL, 60603
*Address*

jwmcbride@sidley.com
*E-mail address*

(312) 853-7000
*Telephone number*

(312) 853-7036
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic notices.

/s/ John W. McBride
JOHN W. MCBRIDE
