IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00454-ADA |
| Plaintiff, | § § | |
| v. | § § § | PATENT CASE |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF READINESS

Pursuant to the Standing Order Regarding Notice of Readiness in Patent Cases issued by this Court, Plaintiff hereby notifies the Court that this case is ready for an initial Case Management Conference.

The following cases in this District are related in that they involve the same Plaintiff and the same Defendant. However, the patents asserted are unique to each case and unrelated to each other.

6:20-CV-00454-ADA
6:20-CV-00455-ADA
6:20-CV-00456-ADA
6:20-CV-00457-ADA
6:20-CV-00458-ADA
6:20-CV-00459-ADA
6:20-CV-00460-ADA
6:20-CV-00461-ADA
6:20-CV-00462-ADA
6:20-CV-00463-ADA
6:20-CV-00464-ADA
6:20-CV-00465-ADA

On September 3, 2020, Defendant Microsoft Corporation filed its Motion to Dismiss for

Failure to State a Claim (Doc. 20).  The motion is pending.

Dated: September 4, 2020 			Respectfully submitted,

						*/s/ Ryan S. Loveless*
						James L. Etheridge
						Texas State Bar No. 24059147
						Ryan S. Loveless
						Texas State Bar No. 24036997
						Travis L. Richins
						Texas State Bar No. 24061296
						Brett A. Mangrum
						Texas State Bar No. 24065671
						Jeffrey Huang
						ETHERIDGE LAW GROUP, PLLC
						2600 E. Southlake Blvd., Suite 120 / 324
						Southlake, Texas 76092
						Telephone: (817) 470-7249
						Facsimile: (817) 887-5950
						Jim@EtheridgeLaw.com
						Ryan@EtheridgeLaw.com
						Travis@EtheridgeLaw.com
						Brett@EtheridgeLaw.com
						JeffH@EtheridgeLaw.com

						**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via email in accordance with the Federal Rules of Civil Procedure on September 4, 2020.

						*/s/ Ryan S. Loveless*
						Ryan S. Loveless