UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC | § |
| | § |
| vs. | §   NO:  WA:20-CV-00454-ADA |
| | § |
| MICROSOFT CORPORATION | § |

## ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on September 18, 2020 at 03:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **17th day of September, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE