IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00454-ADA |
| Plaintiff, | § § | |
| v. | § § § | PATENT CASE |
| MICROSOFT CORPORATION, | § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL
<u>RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

Having considered Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court finds the motion should be DENIED. It is, therefore, DENIED.

Date: _____

_____
PRESIDING JUDGE