# EXHIBIT 1

## STATE OF DELAWARE
## CERTIFICATE OF FORMATION
## OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is WSOU Investments, LLC

2. The Registered Office of the limited liability company in the State of Delaware is located at 16192 Coastal Highway (street), in the City of Lewes, Zip Code 19958. The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Harvard Business Services, Inc.

By: _____
Authorized Person

Name: Martin Jannol
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:54 PM 07/25/2017
FILED 12:54 PM 07/25/2017
SR 20175399560 - File Number 6491846

## STATE *of* DELAWARE
## CERTIFICATE OF AMENDMENT
## TO CERTIFICATE OF FORMATION

> State of Delaware
> Secretary of State
> Division of Corporations
> Delivered 11:05 AM 06/28/2019
> FILED 11:05 AM 06/28/2019
> SR 20195723452 - File Number 6491846

of

### WSOU Investments, LLC

It is hereby certified that:

1. The name of the limited liability company (hereinafter called the "Limited Liability Company") is WSOU Investments, LLC.

2. The certificate of formation of the Limited Liability Company is hereby amended by striking out the name, WSOU Investments, LLC, thereof and by substituting in lieu of said name the following new name:

   AI Technology Partners LLC

3. Except as amended hereby, the Certificate of Formation shall remain in full force and effect.

4. The effective date of the amendment herein certified shall be June 28, 2019.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment to the Certificate of Formation on the 28th day of June, 2019.

By: *Stuart Shanus* (DocuSigned: 58D5D7C1AB8E469...)
Name: Stuart Shanus
Its:   Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:09 AM 12/06/2019
FILED 08:09 AM 12/06/2019
SR 20198471456 - File Number 6491846

# STATE *of* DELAWARE
# CERTIFICATE OF AMENDMENT
# TO CERTIFICATE OF FORMATION

of

## AI Technology Partners LLC

It is hereby certified that:

1. The name of the limited liability company (hereinafter called the "Limited Liability Company") is AI Technology Partners LLC.

2. The Certificate of Formation of the Limited Liability Company, as amended by that certain Certificate of Amendment of Certificate of Formation of June 28, 2019, (as so amended, the "Certificate of Formation"), is hereby amended by striking out the name, AI Technology Partners LLC, thereof and by substituting in lieu of said name the following new name:

WSOU Investments, LLC

3. Except as amended hereby, the Certificate of Formation shall remain in full force and effect.

4. The effective date of the amendment herein certified shall be December 6, 2019.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment to the Certificate of Formation on the 6th day of December, 2019.

By: _____
Name: Stuart Shanus
Its:   Authorized Person