# EXHIBIT 4

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** No Permissible Purpose
**Your GLBA Permissible Use:** No Permissible Purpose
**Your DMF Permissible Use:** No Permissible Purpose

# Comprehensive Business Report

**Date:** 09/21/20
**Reference Code:** 10171-82690-17627

**Company Name:** WSOU INVESTMENTS, LLC
**Address:** 605 AUSTIN AVE, WACO, TX 76701-2050, MCLENNAN COUNTY
**Phone:** 254-339-1211
**TIN:** 82-2355783

### Name Variations:
Company Name: **WSOU INVESTMENTS, LLC**
Company Name: **BRAZOS DEVELOPMENT AND LICENSING**
Company Name: **BRAZOS LICENSING AND DEVELOPMENT**

### TIN Variations:
Company TIN: **82-2355783**
Company Name: **WSOU INVESTMENTS LLC**

### Parent Company:
[None Found]

### Business Filings:
**Industry Information:**
SIC Code: **4832**
SIC Description: **Radio Broadcasting Stations**

SIC Code: **6790**
SIC Description: **Misc. Investing**

### Bankruptcies:
[None Found]

### Liens & Judgments:
[None Found]

### Corporation Filings:
**Corporation Filings # 1**

    **WSOU INVESTMENTS, LLC**
    Name Type: **LEGAL**

Exhibit 4, Page 1

Status: **ACTIVE**
Filing Number: **0803511650**
Filing Date: **01/07/2020**
Foreign Incorporation Date: **07/21/2017**
Type: **CREATION**
FEIN: **82-2355783**
State of Incorporation: **TX**

Annual Report Filings:
  Comments: **BRAZOS DEVELOPMENT AND LICENSING**
  Filed Date: **01/21/2030**

  Comments: **WSOU INVESTMENTS**
  Filed Date: **01/07/2030**

**Registered Agents:**
Company Name: **CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCORPORATING SERVICE CO**
Address: **211 E 7TH ST STE 620, AUSTIN, TX 78701-3218**
Date Last Seen: **01/23/2020**

**Business Registration:**
Name: **WSOU INVESTMENTS LLC**
Address: **605 AUSTIN AVE STE 6, WACO, TX 76701-2050**
Filing Number: **0803511650**
Status: **Active**
Corporation Code: **Secretary of State**
Filing Date: **01/07/2020**

**UCC Filings for Business:**
[None Found]

**Associated People:**
**Business Contacts:**
**Current Individuals:**
  Name: **STUART SHANUS**
  Contact Title - **CONTACT**
  Address: **605 AUSTIN AVE STE 6, WACO, TX 76701-2050**
  Date Last Seen: **01/07/2020**

**Prior Individuals:**
  [None Found]

**Executives:**
**Current Executives:**
  [None Found]

**Prior Executives:**
  [None Found]

---

This portion of the report contains information from Dun & Bradstreet, Inc.
Copyright 2004 Dun & Bradstreet, Inc. All rights reserved.

**Business Information from Dun & Bradstreet:**
  [None Found]