# EXHIBIT 5

Cases Search 

## Cases Search

**125 Results**

Parties: begins wsou investments llc   Courts: Texas Western District (all districts)

| Case | Case Filing Date ▼ |
|---|---|
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Juniper Networks, Inc.<br>6-20-cv-00902 (WDTX) | Sep. 30, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Juniper Networks, Inc.<br>6-20-cv-00903 (WDTX) | Sep. 30, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00889 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00890 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00891 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00892 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00893 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>6-20-cv-00812 (WDTX) | Sep. 04, 2020 |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>6-20-cv-00813 (WDTX) | Sep. 04, 2020 |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>6-20-cv-00814 (WDTX) | Sep. 04, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Juniper Networks, Inc.<br>6-20-cv-00815 (WDTX) | Sep. 04, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Juniper Networks, Inc.<br>6-20-cv-00816 (WDTX) | Sep. 04, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Hewlett Packard Enterprise Company<br>6-20-cv-00783 (WDTX) | Aug. 26, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Hewlett Packard Enterprise Company<br>6-20-cv-00725 (WDTX) | Aug. 12, 2020 |
| WSOU Investments LLC v. Hewlett Packard Enterprise Company<br>6-20-cv-00726 (WDTX) | Aug. 12, 2020 |
| WSOU Investments LLC v. Hewlett Packard Enterprise Company<br>6-20-cv-00727 (WDTX) | Aug. 12, 2020 |
| WSOU Investments LLC v. Hewlett Packard Enterprise Company<br>6-20-cv-00728 (WDTX) | Aug. 12, 2020 |
| WSOU Investments LLC v. Hewlett Packard Enterprise Company<br>6-20-cv-00729 (WDTX) | Aug. 12, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Hewlett Packard Enterprise Company<br>6-20-cv-00730 (WDTX) | Aug. 12, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00571 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00572 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00573 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00574 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00575 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00576 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00577 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00578 (WDTX) | Jun. 29, 2020 |

Exhibit 5, Page 1

| | |
|---|---|
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00579 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00580 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00581 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00582 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00583 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00584 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00585 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00533 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00534 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00535 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00536 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00537 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00538 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00539 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00540 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00541 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00542 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00543 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00544 (WDTX) | Jun. 17, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00487 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00488 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00489 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00490 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00491 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00492 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00493 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00494 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00495 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00496 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00497 (WDTX) | Jun. 03, 2020 |

| | |
|---|---|
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00454 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00455 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00456 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00457 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00458 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00459 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00460 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00461 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00462 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00463 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00464 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00465 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00473 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLCv. Dell Technologies Inc. et al<br>6-20-cv-00474 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00475 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00476 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00477 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00478 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00479 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00480 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00481 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00482 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00485 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00486 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00417 (WDTX) | May. 21, 2020 |
| WSOU Investments LLC and Development v. Dell Technologies Inc. et al<br>6-20-cv-00418 (WDTX) | May. 21, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00410 (WDTX) | May. 20, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00412 (WDTX) | May. 20, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00404 (WDTX) | May. 19, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00406 (WDTX) | May. 19, 2020 |

| | | |
|---|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00407 (WDTX) | May. 19, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00408 (WDTX) | May. 19, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00409 (WDTX) | May. 19, 2020 | |
| WSOU Investments, LLC v. Dell Inc. et al<br>6-20-cv-00403 (WDTX) | May. 18, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00340 (WDTX) | Apr. 29, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00341 (WDTX) | Apr. 29, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00342 (WDTX) | Apr. 29, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00344 (WDTX) | Apr. 29, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00345 (WDTX) | Apr. 29, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00346 (WDTX) | Apr. 29, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00333 (WDTX) | Apr. 28, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00334 (WDTX) | Apr. 28, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00335 (WDTX) | Apr. 28, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00337 (WDTX) | Apr. 28, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00331 (WDTX) | Apr. 27, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00332 (WDTX) | Apr. 27, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00254 (WDTX) | Mar. 31, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00255 (WDTX) | Mar. 31, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00238 (WDTX) | Mar. 27, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00240 (WDTX) | Mar. 27, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00242 (WDTX) | Mar. 27, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00228 (WDTX) | Mar. 26, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00229 (WDTX) | Mar. 26, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00231 (WDTX) | Mar. 26, 2020 | |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00224 (WDTX) | Mar. 25, 2020 | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00216 (WDTX) | Mar. 24, 2020 | |
| WSOU Investments, LLC v. ZTE Corporation et al<br>6-20-cv-00211 (WDTX) | Mar. 23, 2020 | |
| WSOU Investments, LLC et al<br>6-20-cv-00209 (WDTX) | Mar. 22, 2020 | |
| WSOU Investments, LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00204 (WDTX) | Mar. 20, 2020 | |
| WSOU Investments, LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00205 (WDTX) | Mar. 20, 2020 | |

10/1/2020                                                                Cases Search

Cases Search                                                                                    🏛 Docket Navigator

| | |
|---|---|
| WSOU Investments, LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00196 (WDTX) | Mar. 18, 2020 |
| WSOU Investments, LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00198 (WDTX) | Mar. 18, 2020 |
| WSOU Investments, LLC v. Huawei Technologies Company, Ltd. et al<br>6-20-cv-00199 (WDTX) | Mar. 18, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00189 (WDTX) | Mar. 16, 2020 |
| WSOU Investments, LLC, et al<br>6-20-cv-00190 (WDTX) | Mar. 16, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00191 (WDTX) | Mar. 16, 2020 |
| WSOU Investments, LLC et al<br>6-20-cv-00192 (WDTX) | Mar. 16, 2020 |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00188 (WDTX) | Mar. 14, 2020 |