# EXHIBIT 6

About

We look at patents differently

## About

**The Problem**

Patents are under-utilized



**Our Solution**

Patents as revenue generators

https://www.brazoslicensing.com/about

10/1/2020

10/1/2020

About

## general tools

Most companies and inventors spend time and money on R&D, legal, crafting, filing and other costs associated with building and safeguarding their technology.  The patent-related costs are often in vain, as the technology ends up not being core to the business. Even when the technology is core, patents sit idle on a balance sheet. Worse yet, they rack up maintenance costs on an annual basis.

If you owned a hotel, would you let rooms sit vacant and unoccupied? Nope. Instead of dragging down balance sheet, it's time to turn your patents into cash-flowing assets. If competitors are infringing on your IP, they should be paying rent. The point of patenting technology is to ensure that anyone using your intellectual property is paying for the hard work and up-front costs you incurred when developing the technology.



Brazos Licensing and Development, headquartered in Waco, Texas, leverages it's proprietary technology and management experience to help inventors and patent owners maximize the full potential of their patents. Team member combined experience spans many decades in relevant fields.

https://www.brazoslicensing.com/about

About



25 + yrs
Finance



25 + yrs
Tech

25 + yrs
Legal

# We're Inventors

At Brazos, we understand the needs of inventors because we are inventors. Brazos L&D Chairman, Craig Etchegoyen, is the named inventor on over a dozen Patents.



https://www.brazoslicensing.com/about

Exhibit 6, Page 4

4/6

10/1/2020

About

# We're Owners

We are also patent owners. We have skin in the game. Brazos owns upwards of 10,000 patents, from all over the world. For context, our patent portfolio is larger than each Xerox, Johnson and Johnson, and Cisco portfolios— to name a few.



Craig Etchegoyen
**Chairman & Founder**

Aaron Garvey
**Head of Finance**

https://www.brazoslicensing.com/about

About

 

Brazos
Licensing & Development

About    What We Do    Coworking    **Contact Us**

Craig founded one of the world's most experienced

and successful patent licensing firms, Uniloc. During
his tenure at Uniloc, Craig filed, managed and resolved
hundreds of patent litigation cases. In addition, Craig
was responsible for hatching and executing

Aaron was a founding member of MKP Capital, a

global macro hedge fund manager. Aaron's experience
includes portfolio management and trading across
equity, fixed income and all derivatives. In addition,
Aaron has also developed alternative trading

## Stuart A. Shanus
**President**

From 1989 to 2016, Stuart was a trial lawyer and for
some 20 years was a partner at Reed Smith LLC, an
international law firm. He represented both plaintiffs
and defendants in "high stakes" commercial,
intellectual property and patent disputes and tried,
arbitrated and mediated hundreds of cases. Stuart also
served as the managing partner of the Los Angeles and
Century City offices of Reed Smith and in that
capacity was responsible for all aspects of managing
lawyers and staff, budgeting, marketing and day-to-
day operations.

## Matt Hogan
**Business Developement**

Matt spent 7 years in traditional finance, working in
fixed income sales and trading. Matt specialized in
structured products, specifically mortgage-backed
securities. After Wall Street, Matt was founding CEO
of a company that pioneered consumer data control.
Matt bridges his technology and finance backgrounds
to help Brazos productize their data-driven offering
with flexible structuring solutions.

## Sign up for updates from our blog

We update our blog a couple times per month with Brazos-specific and broader industry news. Sign up to stay current with the latest!

Enter your email

**Subscribe**

## Company

What We Do

Coworking

Meet the Team

Blog

## Stay in Touch

Contact Us

LinkedIn

Twitter

Brazos Licensing & Development

605 Austin Ave, Suite 6

Waco, TX 76701

Copyright © 2020 Brazos Licensing and Development