# EXHIBIT 8



Join now | Sign in

Stuart A. S.



## Stuart A. S.

President at Brazos Licensing and Development

Los Angeles, California · 500+ connections

Join to Connect

Brazos Licensing and Development

The George Washington University Law School

## Experience

**President**
Brazos Licensing and Development
Aug 2017 – Present · 3 years 2 months
Waco, Texas, United States

**General Counsel**
Wade & Company
Mar 2016 – May 2019 · 3 years 3 months
Greater Los Angeles Area

**Partner**
Reed Smith
Jan 1997 – Mar 2016 · 19 years 3 months
Greater Los Angeles Area

Exhibit 8, Page 1



Join now | Sign in

Stuart A. S.

## Education



**The George Washington University Law School**
JD
1986 – 1989



**Boston College**
BA
1982 – 1986

### View Stuart A.'s full profile

- See who you know in common
- Get introduced
- Contact Stuart A. directly

[Join to view full profile]

## Stuart A.'s public profile badge

Include this LinkedIn profile on other websites

 **Stuart A. S.**
President at Brazos Licensing and Development

President at Brazos Licensing and Development

 The George Washington University Law School

Linkedin

Join now  Sign in

Stuart A. S.

© 2020

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

# Wade+Co

## About

01

## Team

02

Our team leverages domain expertise and category focus to invest ahead of the curve. Wade+Co's dedicated management team is comprised of successful entrepreneurs and financial experts with demonstrated market leadership.

**Marc Wade** / Chairman

A financier , philanthropist and founder of Wade & Company, a family office. Mr. Wade has historically invested in a diversified portfolio businesses with a primary focus on asset backed lending. His portfolio has included commercial real estate, banking, Energy, sports and

entertainment, technology and securities lending. Mr. Wade was a minority investor in NHL franchise , New Jersey Devils and Devils Entertainment.

He is an established venture capitalist with most recently the formation of Continuum Ventures, a merchant bank focused on emerging technology companies. Mr Wade and his family are dedicated philanthropists with a focus on supporting charities within Canada.

## Stuart Shanus / General Counsel

Based in Los Angeles, for 20 years, Mr. Shanus was a partner in the international law firm of Reed Smith LLP and served as the Managing Partner of both the Los Angeles and Century City

offices. A highly experienced business lawyer, Mr. Shanus brings to Wade & Company the problem solving skills and insights he developed representing some of the world's largest companies.

In addition to being a full time lawyer. Mr. Shanus serves on the board of directors of the Los Angeles Urban League and is a trustee of the Campbell Hall School in Los Angeles.

— Linkedin

**Sydney Broer** / Managing Director, Capital Markets & Senior Analyst, Partner

Mr. Broer's expertise is in financial engineering and trading with over 30 years of experience in trading, hedging and structuring complex derivative and debt instruments. He is adept at creating sophisticated and state-of-the-art systems integrating interest rate markets with foreign exchange and has a keen ability to blend his multi-layered market knowledge with deep understanding of complex debt structuring is unique and leads to innovative, effective outcomes.



## Portfolio

03

# Contact

04

# Wade+Co

## About

01

Wade+Co is a family office investment firm and merchant bank.

We are a team of successful investors and established entrepreneurs with a breadth of experience across diverse sectors. Our team's long track record of success is a result of our unique culture which celebrates entrepreneurial spirit and fosters a collaborative approach to growth and value creation. We specialize in various lending products and direct investments, and manage portfolio investments in private equity, venture capital, and real estate. Overall,

Wade+Co targets high-quality growth opportunities to maximize return.

**Our Approach.**

Wade+Co is organized around our passion for great results and the needs of our partners and investments.

Our dedicated management team offers a complete spectrum of first-in-class services.

Together, we build and grow best-in-class companies and assets.



Team

02

Portfolio

03

# Contact

04

# Wade+Co

## About          01

## Team           02

## Portfolio      03

## Contact        04

520 Newport Centre Boulevard

Newport Beach, California 92660

aliona(at)

wadeandcompany.com

**Name**

[                    ]

**Organization**

[                    ]

**Email**

[                    ]

Message

Submit