# EXHIBIT 9

10/1/2020                                     Aaron Garvey - Partner - Argos IP Advisors | LinkedIn



# Aaron Garvey

Partner at Argos IP Advisors

New York, New York · 341 connections

- Argos IP Advisors
- Amherst College

**Sign in to Connect**

## About

Creating financial solutions designed to deploy, enforce, and protect patent assets.

## Experience

**Partner**
Argos IP Advisors
Apr 2019 – Present · 1 year 7 months
New York, NY

Specialists in financial services innovation for patent assets

**Seeking New Opportunities**
Macro Portfolio Manager
Jan 2017 – Present · 3 years 10 months



Aaron Garvey

### Macro Portfolio Manager
Davy Capital

2014 – 2014 · less than a year

### Senior Portfolio Manager
Brevan Howard

2013 – 2014 · 1 year

### MKP Capital Management, L.L.C.
16 years

- **Senior Portfolio Manager**
  2003 – 2012 · 9 years

- **Portfolio Manager**
  2000 – 2003 · 3 years

- **Associate Portfolio Manager**
  1996 – 2000 · 4 years

## Education

### Amherst College
Bachelor's Degree

## Groups

### Global Macro Trading



Join now    Sign in

🔍 Aaron Garvey

## View Aaron's full profile

See who you know in common

Get introduced

Contact Aaron directly

**Sign in to view full profile**

## People also viewed



**Ryan O'Shea**
CLO & Structured Credit Portfolio Manager
New York, NY



**Smahane Grimeh**
Fixed Income Trader
New York, NY



**Amanda Rowe**
Vice President at J.P. Morgan
Newark, DE



**Brock Strasbourger**
Head of Strategic Partnerships and Chief of Staff (CEO) at Convene
New York, NY



**Chrissy McGarry**
Vice President - Chief of Staff at Second Front Systems
Detroit Metropolitan Area



**Steve Landry**
CIO & Managing Partner at EastBay Capital
San Francisco Bay Area

Exhibit 9, Page 3

Linkedin                                                                    Join now    Sign in

🔍 Aaron Garvey

Real Estate Private Equity Capital Markets at The Praedium Group
New York City Metropolitan Area

**Nate Burstin**
Portfolio Manager at Biltmore Capital Advisors
Boca Raton, FL

**Andrew Graham**
Financial Advisor at Capital Strategies, a MassMutual firm
Austin, TX

Show more profiles

## Others named Aaron Garvey

**Aaron Garvey**
Associate Professor of Marketing at University of Kentucky
Lexington, KY

**Aaron Moses Garvey**
Coaching: Sports, Health and Wellbeing
West Midlands

**Aaron Garvey**
Senior Sales Manager at DEFENDERS
Newport, KY

**Aaron Garvey**
Technical Consultant
Geelong West, VI

15 others named Aaron Garvey are on LinkedIn

See others named **Aaron Garvey**

## Add new skills with these courses

10/1/2020                                                          Aaron Garvey - Partner - Argos IP Advisors | LinkedIn



### Aaron Garvey

**Finance Foundations: Business Valuation**

See all courses

## Aaron's public profile badge

Include this LinkedIn profile on other websites

**Aaron Garvey**
Partner at Argos IP Advisors

Partner at Argos IP Advisors

Amherst College

View profile

View profile badges

---

© 2020

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

Exhibit 9, Page 5