# EXHIBIT 11



# Airline Schedules To & From



(800) 433-7300
Local Number: (254) 752-5889
Lost Baggage: 1-800-535-5225
Waco Regional Airport - ACT
Dallas Fort Worth Airport - DFW

**Effective 8/4/2020 American Airlines in Waco will be going cashless.  Credit and debit cards ONLY**.

 

Directions to the Airport >>

Home | City of Waco, Texas | PO Box 2570 | 300 Austin Ave. | Waco, Texas 76702 | Employees Only | Phone Directory
©2020 | Designed & Maintained by City of Waco Municipal Information | All Rights Reserved | Privacy Policy and Disclaimer |
Contact Us