# EXHIBIT 13



Google

Sign in

Round trip · 1 passenger · Economy

Kailua-Kona KOA → Waco ACT

Fri, Oct 30 — Tue, Nov 3

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Date grid · Price graph · Nearby airports

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Time | Airline | Duration | Route | Stops | Stop airports | Price |
|---|---|---|---|---|---|---|
| 10:35 PM – 3:21 PM+2 | Ameri... · Operated by Envoy Air as Ameri... | 36h 46m | KOA–ACT | 3 stops | PHX, SAN, DFW | $529 round trip |
| 10:35 PM – 11:28 AM+2 | Ameri... · Operated by Envoy Air as Ameri... | 32h 53m | KOA–ACT | 2 stops | PHX, DFW | $564 round trip |
| 10:35 PM – 3:21 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 11h 46m | KOA–ACT | 2 stops | PHX, DFW | $584 round trip |
| 11:15 AM – 11:28 AM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 19h 13m | KOA–ACT | 2 stops | OGG, DFW | $909 round trip |
| 4:15 PM – 11:28 AM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 14h 13m | KOA–ACT | 2 stops | HNL, DFW | $914 round trip |

## Other departing flights

| Time | Airline | Duration | Route | Stops | Stop airports | Price |
|---|---|---|---|---|---|---|
| 11:15 AM – 3:21 PM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 23h 6m | KOA–ACT | 3 stops | OGG, PHX, DFW | $768 round trip |
| 3:22 PM – 3:21 PM+1 | Alaska, A... · Operated by Envoy Air as A... | 18h 59m | KOA–ACT | 2 stops | SEA, DFW | $2,647 round trip |
| 9:40 PM – 3:21 PM+1 | Alaska, A... · Operated by Envoy Air as A... | 12h 41m | KOA–ACT | 2 stops | SEA, DFW | $3,479 round trip |

105 more flights

## Hotels in Waco

Nightly prices for 1 guest Nov 1–Nov 3

Search for hotels

10/1/2020                                                                                                           Flights

 

Explore more destinations from Kailua-Kona



Google Flights    Language · English     Country · United States     Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**

https://www.google.com/flights?lite=0#flt=KOA.ACT.2020-10-30*ACT.KOA.2020-11-03;c:USD;e:1;sd:1;t:f                                                                2/2