# EXHIBIT 14



Google Sign in

Round trip · 1 passenger · Economy

Kailua-Kona KOA → Austin AUS | Fri, Oct 30 | Tue, Nov 3

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Date grid · Price graph · Nearby airports

### Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Times | Airline | Duration | Route | Stops | Stop details | Price |
|---|---|---|---|---|---|---|
| 11:15 PM – 9:04 PM+1 | United | 16h 49m | KOA–AUS | 2 stops | SFO, IAH | $452 round trip |
| 11:15 PM – 2:25 PM+1 | United | 10h 10m | KOA–AUS | 1 stop | 1h 37m SFO | $492 round trip |
| 10:35 PM – 2:00 PM+1 | American | 10h 25m | KOA–AUS | 1 stop | 2h 11m PHX | $562 round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| Times | Airline | Duration | Route | Stops | Stop details | Price |
|---|---|---|---|---|---|---|
| 9:15 AM – 11:17 AM+1 | Uni... · Operated by Mesa Airlines DBA Un... | 21h 2m | KOA–AUS | 2 stops | SFO, IAH | $452 round trip |
| 9:15 AM – 2:25 PM+1 | United | 24h 10m | KOA–AUS | 1 stop | 15h 36m SFO | $452 round trip |
| 9:50 PM – 1:24 PM+1 | Unit... · Operated by Skywest DBA United ... | 10h 34m | KOA–AUS | 1 stop | 1h 35m DEN | $522 round trip |
| 10:35 PM – 5:34 PM+1 | A... · Operated by Skywest Airlines as A... | 13h 59m | KOA–AUS | 3 stops | PHX, ABQ, DFW | $543 round trip |
| 3:22 PM – 1:20 PM+1 | Alaska | 16h 58m | KOA–AUS | 1 stop | 7h 3m SEA | $631 round trip |
| 4:15 PM – 11:34 AM+1 | Hawaiian, American | 14h 19m | KOA–AUS | 2 stops | HNL, DFW | $671 round trip |

☰  Google                                                          ⋮⋮⋮  Sign in

| | 7:03 PM – 2:00 PM +1<br>Hawaiian, American | 13h 57m<br>KOA–AUS | 2 stops<br>HNL, PHX | $671<br>round trip | ⌄ |
|---|---|---|---|---|---|
| | 11:15 PM – 2:59 PM +1<br>United, A… · Operated by Horizon Air as A… | 10h 44m<br>KOA–AUS | 1 stop<br>2h 12m SFO | $827<br>round trip | ⌄ |
| | 7:20 PM – 2:30 PM +1<br>Hawaiian, Delta | 14h 10m<br>KOA–AUS | 2 stops<br>HNL, LAX | $1,065<br>round trip | ⌄ |
| | 9:40 PM – 3:43 PM +1<br>Alaska, Amer… · Operated by American A… | 13h 3m<br>KOA–AUS | 2 stops<br>SEA, DFW | $1,577<br>round trip | ⌄ |

⌄ 49 more flights

### Hotels in Austin ⓘ
Nightly prices for 1 guest Oct 31–Nov 3                    Search for hotels ↗

 $155  JW Marriott Austin  4.6 ★★★★★ (5485)
 $131  Hilton Austin  4.4 ★★★★☆ (4128)
 $150  Fairmont Austin  4.5 ★★★★★ (3039)

### Explore more destinations from Kailua-Kona



---

Google Flights    🌐 Language · English ▾    Country · United States ▾    Currency · USD ▾

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**