# EXHIBIT 16

10/2/2020 — Lewisville, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps**   Lewisville, TX to 800 Franklin Avenue, Waco, TX   Drive 120 miles, 1 h 53 min



Map data ©2020 Google   10 mi

| | via I-35E and I-35 S | 1 h 53 min |
|---|---|---|
| | Fastest route, the usual traffic | 120 miles |

| | via I-35W S and I-35 S | 2 h 1 min |
|---|---|---|
| | | 124 miles |

| | via TX-171 S | 2 h 17 min |
|---|---|---|
| | | 130 miles |

## Explore 800 Franklin Ave

 Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Lewisville,+TX/800+Franklin+Avenue,+Waco,+TX/@32.2902926,-97.680329,9z/data=!3m1!4b1!4m14!4m13!1m5!1…   1/1

Exhibit 16, Page 1

10/2/2020                                             Fairview, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps**   Fairview, TX to 800 Franklin Avenue, Waco, TX          Drive 128 miles, 2 h 4 min



Map data ©2020 Google, INEGI   20 mi

| | via I-35E and I-35 S | 2 h 4 min |
|---|---|---|
| | Fastest route, the usual traffic | 128 miles |

| | via I-35 S | 2 h 14 min |
|---|---|---|
| | | 134 miles |

| | via I-45 S and TX-31 W/State Hwy 31 W | 2 h 25 min |
|---|---|---|
| | | 140 miles |

### Explore 800 Franklin Ave

 Restaurants     Hotels     Gas stations     Parking Lots     More

https://www.google.com/maps/dir/Fairview,+TX/800+Franklin+Avenue,+Waco,+TX/@32.3473457,-97.9579437,8z/data=!3m1!4b1!4m14!4m13!1m5!1…   1/1

Exhibit 16, Page 2

10/2/2020 — Plano, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps** — Plano, TX to 800 Franklin Avenue, Waco, TX — Drive 116 miles, 1 h 56 min



Map data ©2020 Google   10 mi

- **via I-35E and I-35 S** — 1 h 56 min — 116 miles
  Fastest route, the usual traffic

- **via US-67 S and I-35 S** — 2 h 6 min — 122 miles

- **via I-45 S and TX-31 W/State Hwy 31 W** — 2 h 17 min — 129 miles

### Explore 800 Franklin Ave

 Restaurants     Hotels     Gas stations     Parking Lots     More

10/2/2020            Heath, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps**     Heath, TX to 800 Franklin Avenue, Waco, TX     Drive 119 miles, 1 h 51 min



Map data ©2020 Google    10 mi

| | | |
|---|---|---|
| 🚗 | **via I-35E S and I-35 S**<br>Fastest route, the usual traffic | **1 h 51 min**<br>119 miles |
| 🚗 | **via US-67 S and I-35 S** | **2 h 8 min**<br>127 miles |
| 🚗 | **via I-35E S** | **2 h 20 min**<br>134 miles |

### Explore 800 Franklin Ave

    

Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Heath,+TX/800+Franklin+Avenue,+Waco,+TX/@32.1854356,-97.4851019,9z/data=!3m1!4b1!4m14!4m13!1m5!1m1!…    1/1

Exhibit 16, Page 4

10/2/2020 — Frisco, TX to 800 Franklin Avenue, Waco, TX - Google Maps

**Google Maps**   Frisco, TX to 800 Franklin Avenue, Waco, TX   Drive 123 miles, 1 h 54 min



Map data ©2020 Google, INEGI   20 mi

| | | |
|---|---|---|
| 🚗 | via I-35E and I-35 S<br>Fastest route, the usual traffic<br>⚠ This route has tolls. | **1 h 54 min**<br>123 miles |
| 🚗 | via I-45 S and TX-31 W/State Hwy 31 W | **2 h 23 min**<br>139 miles |
| 🚗 | via TX-171 S | **2 h 25 min**<br>144 miles |

## Explore 800 Franklin Ave

 Restaurants      Hotels      Gas stations      Parking Lots      More

https://www.google.com/maps/dir/Frisco,+TX/800+Franklin+Avenue,+Waco,+TX/@32.3387922,-98.0678475,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1!…   1/1