# EXHIBIT 17

10/2/2020     Lewisville, TX to 501 West 5th Street, Austin, TX - Google Maps

Google Maps    **Lewisville, TX to 501 West 5th Street, Austin, TX**    Drive 219 miles, 3 h 24 min



Map data ©2020 Google, INEGI    20 mi

| | | |
|---|---|---|
|  | via I-35E and I-35 S<br>Fastest route, the usual traffic | **3 h 24 min**<br>219 miles |
|  | via I-35 S | **3 h 29 min**<br>223 miles |

### Explore 501 W 5th St

 Restaurants    Hotels     Gas stations     Parking Lots     More

https://www.google.com/maps/dir/Lewisville,+TX/501+West+5th+Street,+Austin,+TX/@31.6511606,-98.3985565,8z/data=!3m1!4b1!4m14!4m13!1m5!1…    1/1

Exhibit 17, Page 1

**Google Maps**  Fairview, TX to 501 West 5th Street, Austin, TX    Drive 230 miles, 3 h 31 min



Map data ©2020 Google, INEGI   20 mi

| | via I-35 S | 3 h 31 min |
|---|---|---|
| | Fastest route now due to traffic conditions<br>⚠ This route has tolls. | 230 miles |

| | via I-35W S and I-35 S | 3 h 42 min |
|---|---|---|
| | | 245 miles |

| | via TX-31 W/State Hwy 31 W and I-35 S | 3 h 58 min |
|---|---|---|
| | | 242 miles |

### Explore 501 W 5th St

    

Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/Fairview,+TX/501+West+5th+Street,+Austin,+TX/@31.7119302,-98.2252852,8z/data=!3m1!4b1!4m14!4m13!1m5!1…   1/1

Exhibit 17, Page 2

Google Maps    Plano, TX to 501 West 5th Street, Austin, TX    Drive 215 miles, 3 h 34 min



Map data ©2020 Google, INEGI    20 mi

| | via I-35E and I-35 S | 3 h 34 min |
|---|---|---|
| | Fastest route, the usual traffic | 215 miles |

| | via I-35 S | 3 h 54 min |
|---|---|---|
| | | 231 miles |

### Explore 501 W 5th St

    

Restaurants     Hotels     Gas stations     Parking Lots     More

10/2/2020                                                         Heath, TX to 501 West 5th Street, Austin, TX - Google Maps

**Google Maps**    Heath, TX to 501 West 5th Street, Austin, TX    Drive 218 miles, 3 h 22 min



Map data ©2020 Google, INEGI    20 mi

| | via I-35 S | 3 h 22 min |
|---|---|---|
| | Fastest route, the usual traffic | 218 miles |

| | via US-67 S and I-35 S | 3 h 39 min |
|---|---|---|
| | | 226 miles |

| | via TX-31 W/State Hwy 31 W and I-35 S | 3 h 44 min |
|---|---|---|
| | | 230 miles |

### Explore 501 W 5th St

    

Restaurants     Hotels     Gas stations     Parking Lots     More

https://www.google.com/maps/dir/Heath,+TX/501+West+5th+Street,+Austin,+TX/@31.5463105,-98.2252869,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1…    1/1

Exhibit 17, Page 4

10/2/2020                                             Frisco, TX to 501 West 5th Street, Austin, TX - Google Maps

**Google Maps**      Frisco, TX to 501 West 5th Street, Austin, TX      Drive 222 miles, 3 h 25 min



Map data ©2020 Google, INEGI    20 mi

| | via I-35E and I-35 S | 3 h 25 min |
|---|---|---|
| | Fastest route, the usual traffic<br>⚠ This route has tolls. | 222 miles |

| | via I-35 S | 3 h 54 min |
|---|---|---|
| | | 241 miles |

### Explore 501 W 5th St

    

Restaurants     Hotels     Gas stations     Parking Lots     More

https://www.google.com/maps/dir/Frisco,+TX/501+West+5th+Street,+Austin,+TX/@31.7033768,-98.2252853,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1… 1/1

Exhibit 17, Page 5