# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | **CIVIL ACTION 6:20-cv-00454-ADA** |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00455-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00456-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00457-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00458-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00459-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00460-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00461-ADA** |
| v. | § | **CIVIL ACTION 6:20-cv-00462-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00463-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00464-ADA** |
| **MICROSOFT CORPORATION,** | § | **CIVIL ACTION 6:20-cv-00465-ADA** |
| *Defendant.* | § | |

## WSOU'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF EXTRINSIC EVIDENCE

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 5, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has disclosed its extrinsic evidence for use in claim construction on Defendant Microsoft Corporation via electronic mail on December 11, 2020.

Date:  December 12, 2020 	Respectfully submitted,

 	By:  */s/ Mark D. Siegmund*_____
 	Mark D. Siegmund
 	State Bar No. 24117055
 	mark@waltfairpllc.com
 	**Law Firm of Walt, Fair PLLC.**
 	1508 North Valley Mills Drive
 	Waco, Texas 76710
 	Telephone: (254) 772-6400
 	Facsimile: (254) 772-6432

 	*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 12th day of December 2020.

 	/s/ *Mark D. Siegmund*_____
 	Mark D. Siegmund