IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | CIVIL ACTION 6:20-cv-00454-ADA |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00455-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00456-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00457-ADA |
| | § | CIVIL ACTION 6:20-cv-00458-ADA |
| | § | CIVIL ACTION 6:20-cv-00459-ADA |
| | § | CIVIL ACTION 6:20-cv-00460-ADA |
| | § | CIVIL ACTION 6:20-cv-00461-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00462-ADA |
| | § | CIVIL ACTION 6:20-cv-00463-ADA |
| | § | CIVIL ACTION 6:20-cv-00464-ADA |
| MICROSOFT CORPORATION, | § | CIVIL ACTION 6:20-cv-00465-ADA |
| *Defendant.* | § | |

**WSOU'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF REVISED LIST OF TERMS AND CONSTRUCTIONS**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 5, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its revised list of terms and constructions on Defendant Microsoft Corporation via electronic mail on December 18, 2020.

Date:  December 18, 2020    Respectfully submitted,

By:  */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 18th day of December 2020.

/s/ *Mark D. Siegmund*_____
Mark D. Siegmund