IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00454-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00455-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00456-ADA |
| | § | CIVIL ACTION 6:20-cv-00457-ADA |
| | § | CIVIL ACTION 6:20-cv-00458-ADA |
| | § | CIVIL ACTION 6:20-cv-00459-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00460-ADA |
| | § | CIVIL ACTION 6:20-cv-00461-ADA |
| | § | CIVIL ACTION 6:20-cv-00462-ADA |
| | § | CIVIL ACTION 6:20-cv-00463-ADA |
| MICROSOFT CORPORATION, | § | CIVIL ACTION 6:20-cv-00464-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-00465-ADA |

## JOINT STIPULATION REGARDING MARKMAN BRIEFING

**TO THE HONORABLE COURT:**

Pursuant to the Court's previous Orders grouping certain of the above-captioned cases for purposes of oral argument at the *Markman* hearing on March 4-5, 2021, the Parties have reached an agreement concerning the number of terms and page limits to govern *Markman* briefing for the above referenced cases. The agreement reached by the parties is set forth below.

There will be four briefs that cover all of the cases listed above, broken down as follows:

1. Brief 1: The -455 ('988 Patent), -457 ('978 Patent), -459 ('286 Patent), and -463 ('241 Patent) cases.  This brief will be limited to 8 terms across these four cases; 20 pages for opening and response briefs and 10 pages for reply and sur-reply briefs.

2. Brief 2: The -460 ('758 Patent), -462 ('727 Patent), and -464 ('519 Patent) cases.  This brief will be limited to 8 terms across these three cases; 20 pages for opening and response briefs and 10 pages for reply and sur-reply briefs.

3. Brief 3: The -454 ('160 Patent), -465 ('902 Patent), and -461 ('702 Patent) cases.  This brief is limited to 20 terms across these three cases; 40 pages for opening and response briefs and 25 pages for reply and sur-reply briefs.

4. <u>Brief 4</u>: The -456 ('550 Patent) and -458 ('868 Patent) cases.  This brief is limited to 20 terms across these three cases; 50 pages for opening and response briefs and 25 pages for reply and sur-reply briefs.

DATED:  December 30, 2020				Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
Brett A. Mangrum
Texas State Bar No. 24065671
Jeffrey Huang
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Brett@EtheridgeLaw.com
JeffH@EtheridgeLaw.com

*Counsel for Plaintiff WSOU Investments, LLC*

DATED:  December 30, 2020        Respectfully submitted,

By:  */s/ Irene Yang*_____
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Telephone: (512) 263-2165
Fax: (512) 263-2166
bshelton@sheltoncoburn.com

Michael J. Bettinger
Irene Yang
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400
mbettinger@sidley.com
irene.yang@sidley.com

Richard A. Cederoth
John W. McBride
SIDLEY AUSTIN LLP
1 South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
rcederoth@sidley.com
jwmcbride@sidley.com

*Attorneys for Defendant Microsoft Corporation*