# EXHIBIT A

*Microsoft*



OVER
**10,000**
ENTRIES

Microsoft

# Computer
# Dictionary
## Fifth Edition



- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form
or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
       p.  cm.
    ISBN 0-7356-1495-4
    1.  Computers--Dictionaries.   2.  Microcomputers--Dictionaries.


   AQ76.5. M52267   2002
   004'.03--dc21                                          200219714

Printed and bound in the United States of America.

2  3  4  5  6  7  8  9    QWT    7  6  5  4  3  2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further informa-
tion about international editions, contact your local Microsoft Corporation office or contact Microsoft
Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress.
Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode,
BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic,
DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye,
IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS,
MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio,
Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio,
Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or
trademarks of Microsoft Corporation in the United States and/or other countries. Other product and
company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places,
and events depicted herein are fictitious. No association with any real company, organization, product,
domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes


Body Part No. X08-41929

box-top license                                                    breadboard

**3.** An IBM front-end processor. **4.** A rectangular—actually, diamond-shaped—symbol, usually called a decision box, used in flowcharting to represent a point at which a process **branch**es into more than one possible outcome, as in a yes/no situation. *See also* decision box. **5.** The boundary around a graphic image on screen. *See also* graphic limits.

**box-top license** *n. See* shrinkwrap agreement.

**Boyce-Codd normal form** *n. See* normal form (definition 1).

**bozo** *n.* A slang term used frequently on the Internet, particularly in newsgroups, for a foolish or eccentric person.

**bozo filter** *n.* On the Internet, slang for a feature in some e-mail clients and newsgroup readers or a separate utility that allows the user to block, or filter out, incoming e-mail messages or newsgroup articles from specified individuals. Generally these individuals are ones that the user does not want to hear from, such as bozos. *Also called:* kill file. *See also* bozo.

**BPI** *n. See* bits per inch, bytes per inch.

**bpp** *n. See* bits per pixel.

**bps** *n.* Short for **b**its **p**er **s**econd. The measure of transmission speed used in relation to networks and communication lines. Although bps represents the basic unit of measure, networks and communications devices, such as modems, are so fast that speeds are usually given in multiples of bps—Kbps (kilobits, or thousands of bits, per second), Mbps (megabits, or millions of bits, per second), and Gbps (gigabits, or billions of bits, per second). Speed in bps is not the same as the baud rate for a modem. *See also* baud rate.

**braindamaged** *adj.* Performing in an erratic or destructive manner. A braindamaged application or utility program is characterized by some or all of the following traits: a mysterious and unintuitive user interface, failure to respond predictably to commands, failure to release unused memory, failure to close open files, and use of "reserved" elements of the operating system that can result in a fatal error in a program or the operating system. Braindamaged programs are also often responsible for causing problems across local area networks. *Compare* kludge.

**brain dump** *n.* A large, unorganized mass of information, presented in response to a query via e-mail or a newsgroup article, that is difficult to digest or interpret.

**branch** *n.* **1.** A node intermediate between the root and the leaves in some types of logical tree structure, such as the directory tree in Windows or a tape distribution organization. **2.** Any connection between two items such as blocks in a flowchart or nodes in a network. *See* branch instruction.

**branch instruction** *n.* An assembly- or machine-level instruction that transfers control to another instruction, usually based on some condition (that is, it transfers if a specific condition is true or false). Branch instructions are most often relative transfers, jumping forward or backward by a certain number of bytes of code. *See also* GOTO statement, jump instruction.

**branchpoint** *n.* The location at which a given branch instruction occurs (if the attendant condition (if any) is true. *See also* branch instruction.

**branch prediction** *n.* A technique used in some processors with an instruction called prefetch to guess whether or not a branch will be taken in a program, and to fetch executable code from the appropriate location. When a branch instruction is executed, it and the next instruction executed are stored in a buffer. This information is used to predict which way the program will branch the next time it is executed. When the prediction is correct (as it is over 90 percent of the time), executing a branch does not cause a pipeline break, so the system is not slowed down by the need to retrieve the next instruction. *See also* branch instruction, buffer[1], central processing unit, pipeline processing.

**BRB** *n.* Acronym for (I'll) **b**e **r**ight **b**ack. An expression used commonly on live chat services on the Internet and online information services by participants signaling their temporary departure from the group. *See also* chat[1] (definition 1).

**breadboard** *n.* A blank, perforated board used to support prototype electronic circuits. Experimenters would put components on one side of the board and run the leads through the perforations to be connected by wires running along the underside. Today a circuit designer's breadboard is made of plastic. Its holes are small and closely spaced to accommodate the pins of chips, and connections are made by metal strips plugged into the holes. See the illustration. *Compare* wire-wrapped circuits.