# Exhibit 2

| | |
|---|---|
| From: | mark_waltfairpllc.com |
| To: | Yang, Irene |
| Cc: | Barry Shelton; Sidley - WSOU Litigation; Ryan Loveless; Jim Etheridge |
| Subject: | RE: Re: WSOU - Microsoft - Markman Briefing |
| Date: | Wednesday, December 30, 2020 8:20:21 AM |
| Attachments: | Joint Stipulation Regarding Markman Briefing.docx |



Irene,

Attached is a draft joint stipulation for submission to the Court. With the recent reduction in claim terms since yesterday, we think the briefing limit should revert back to forty changes. This change is highlighted in the document.

Please confirm this is acceptable, add your signature block, and we will get this on file.

Sincerely,

Mark