# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 6:20-cv-454-ADA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

On April 5, 2021, Plaintiff WSOU Investments, LLC ("Plaintiff") filed its First Amended Complaint. (Dkt. No. 73.) Defendant Microsoft Corporation ("Defendant") intends to move to dismiss certain claims in Plaintiff's First Amended Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff prior to filing this motion and Plaintiff does not oppose this extension. This motion is not made for delay, but only to permit orderly resolution of issues in the case. Defendant therefore respectfully requests that the Court enter an order and extend the deadline for Defendant to respond to Plaintiff's First Amended Complaint up to and including April 21, 2021.

                Respectfully submitted,

Date: April 19, 2021          */s/ Barry K. Shelton*

                Barry K. Shelton
                Texas State Bar No. 24055029
                SHELTON COBURN LLP
                311 RR 620 S, Suite 205
                Austin, TX 78734
                Telephone: (512) 263-2165

Fax: (512) 263-2166
bshelton@sheltoncoburn.com

*Attorney for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(b)(1) on April 19, 2021.

                                              */s/ Barry K. Shelton*
                                              Barry K. Shelton