IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>            Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Civil Action No. 6:20-cv-454-ADA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

The Court, having considered the Unopposed Motion of Defendant Microsoft Corporation for Extension of Time to Respond to Plaintiff's First Amended Complaint (Dkt. No. 76), hereby ORDERS that the motion is GRANTED.

Defendant's deadline to respond to Plaintiff's Amended Complaint is extended up to and including April 21, 2021.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE