IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | **CIVIL ACTION 6:20-CV-00454-ADA** |
| Plaintiff, | § § | |
| v. | § § § | **PATENT CASE** |
| **MICROSOFT CORPORATION,** | § § § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Having considered Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court finds the motion should be DENIED.  It is, therefore, DENIED.

Date: _____

PRESIDING JUDGE