# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00454-ADA |
| | § | |
| MICROSOFT CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by Zoom on **Tuesday, September 07, 2021 at 03:30 PM**.

IT IS SO ORDERED this 2nd day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE