IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 6:20-cv-00454-ADA<br>Civil Action No. 6:20-cv-00455-ADA<br>Civil Action No. 6:20-cv-00456-ADA<br>Civil Action No. 6:20-cv-00458-ADA<br>Civil Action No. 6:20-cv-00459-ADA<br>Civil Action No. 6:20-cv-00460-ADA<br>Civil Action No. 6:20-cv-00461-ADA<br>Civil Action No. 6:20-cv-00462-ADA<br>Civil Action No. 6:20-cv-00463-ADA<br>Civil Action No. 6:20-cv-00464-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

The Court, having reviewed the Corrected Rule 26 Motion for Protective Order by Non-Party Wade & Company (USA), Inc. ("Wade") and Plaintiff WSOU Investments, LLC ("WSOU") ("the Motion"), and Defendant Microsoft Corporation's ("Microsoft") Opposition, does hereby ORDER that:

1)    The Motion is **DENIED**;

2)    Microsoft's request for an order to compel Wade to identify a witness to sit for a deposition and testify on the topics outlined in Microsoft's deposition subpoena at the earliest possible date prior to the close of fact discovery on September 30, 2021 is **GRANTED**;

3)    In the event a representative of Wade is not available for a deposition prior to September 30, 2021, Microsoft's request to take said deposition after the close of fact discovery is **GRANTED**.

SIGNED this _____ day of _____, 2021.

                                              _____
                                              HONORABLE ALAN D ALBRIGHT
                                              UNITED STATES DISTRICT JUDGE