# EXHIBIT 6A

FULLY REDACTED