# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00454-ADA |
| | § | |
| MICROSOFT CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on November 04, 2021 at 01:00 PM.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE