IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00454-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00455-ADA |
| *Plaintiff,* | § | CIVIL ACTION 6:20-cv-00456-ADA |
| | § | CIVIL ACTION 6:20-cv-00457-ADA |
| | § | CIVIL ACTION 6:20-cv-00458-ADA |
| | § | CIVIL ACTION 6:20-cv-00459-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00460-ADA |
| | § | CIVIL ACTION 6:20-cv-00461-ADA |
| | § | CIVIL ACTION 6:20-cv-00462-ADA |
| | § | CIVIL ACTION 6:20-cv-00463-ADA |
| MICROSOFT CORPORATION, | § | CIVIL ACTION 6:20-cv-00464-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-00465-ADA |

**UNOPPOSED MOTION FOR WITHDRAWAL OF
COUNSEL FROM CASE**

**TO THE HONORABLE COURT:**

Counsel for Plaintiff WSOU Investments, LLC ("WSOU"), James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, Brian M. Koide, and Nathan K. Cummings, and their firm Etheridge Law Group, PPLC, hereby move to withdraw as counsel of record for Plaintiff.

The lawyers with Sussman Godfrey, LLP and Mark Siegmund with Steckler Wayne Cochran Cherry will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED:  November  30, 2021                 Respectfully submitted,

                                                                By:  /s/James L. Etheridge

                                                                James L. Etheridge
                                                                Texas State Bar No. 24059147
                                                                Ryan S. Loveless
                                                                Texas State Bar No. 24036997
                                                                Travis L. Richins
                                                                Texas State Bar No. 24061296
                                                                Brett A. Mangrum
                                                                Texas State Bar No. 24065671
                                                                Jeffrey Huang
                                                                Brian M. Koide
                                                                Nathan K. Cummings
                                                                ETHERIDGE LAW GROUP, PLLC
                                                                2600 E. Southlake Blvd., Suite 120 / 324
                                                                Southlake, Texas 76092
                                                                Telephone: (817) 470-7249
                                                                Facsimile: (817) 887-5950
                                                                Jim@EtheridgeLaw.com
                                                                Ryan@EtheridgeLaw.com
                                                                Travis@EtheridgeLaw.com
                                                                Brett@EtheridgeLaw.com
                                                                JeffH@EtheridgeLaw.com
                                                                Brian@EtheridgeLaw.com
                                                                Nathan@EtheridgeLaw.com


                                                                *Counsel for Plaintiff WSOU Investments, LLC*


### Certificate of Conference

        I hereby certify that on November 30, 2021, I, James Etheridge, conferred with Defendant regarding Etheridge Law Group's withdrawal from the case. Defendants are unopposed to this motion.

                                                                By:  /s/James L. Etheridge
                                                                        James L. Etheridge

## Certificate of Service

I hereby certify that on November 30, 2021, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

By:  */s/James L. Etheridge*
James L. Etheridge