IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**MICROSOFT CORPORATION**,<br><br>*Defendant.* | § CIVIL ACTION 6:20-CV-00454-ADA<br>§ CIVIL ACTION 6:20-CV-00456-ADA<br>§ CIVIL ACTION 6:20-CV-00457-ADA<br>§ CIVIL ACTION 6:20-CV-00458-ADA<br>§ CIVIL ACTION 6:20-CV-00460-ADA<br>§ CIVIL ACTION 6:20-CV-00461-ADA<br>§ CIVIL ACTION 6:20-CV-00462-ADA<br>§ CIVIL ACTION 6:20-CV-00464-ADA<br>§ CIVIL ACTION 6:20-CV-00465-ADA<br>§<br>§<br>§<br>§  **JURY TRIAL DEMANDED**<br>§<br>§<br>§ |

## JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Motion to reset the final pretrial conference and trial dates due to agreed changes in the case schedules memorialized in their Joint Notice Concerning Agreement to Extend Deadlines, filed on December 3, 2021. The Parties jointly move the Court to reset the final pretrial conference and trial dates as follows:

| Event | Az Monitor (-454)<br>NPM (-465)<br>NPS (-461) | Skype (-456, -458, -462, -460)<br>Teams/Skype (-464)<br>Xbox Live (-457) |
|---|---|---|
| Proposed Final Pretrial Conference | 6/14/22 | 6/28/22 |
| Proposed Trial | 6/21/22 | 7/5/22 |

| | |
|---|---|
| DATED: December 3, 2021 | Respectfully submitted, |
| */s/ Mark D. Siegmund* | */s/ Barry K. Shelton* |

Max L. Tribble, Jr., Bar No. 20213950
mtribble@susmangodfrey.com
Shawn Blackburn, Bar No. 24089989 *(pro hac vice)*
sblackburn@susmangodfrey.com
Bryce Barcelo, Bar No. 24092081 *(pro hac vice)*
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan, Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Mark D. Siegmund, Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, TX 76712
Tel: (254) 651-3690

***ATTORNEYS FOR WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT***

Barry K. Shelton, Bar No. 24055029
bshelton@sheltoncoburn.com
**SHELTON COBURN LLP**
311 RR 620 S Suite 205
Austin, TX 78734-4775
Tel: (512) 263-2165
Fax: (512) 263-2166

Melissa R. Smith, Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Michael J. Bettinger
mbettinger@sidley.com
Irene Yang
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Richard A. Cederoth
rcederoth@sidley.com
John W. McBride
jwmcbride@sidley.com
**SIDLEY AUSTIN LLP**
1 South Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

***ATTORNEYS FOR MICROSOFT CORPORATION***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on December 3, 2021.

                                                    /s/ *Barry K. Shelton*
                                                    Barry K. Shelton