# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MICROSOFT CORPORATION**, <br><br> *Defendant.* | § CIVIL ACTION 6:20-CV-00454-ADA <br> § CIVIL ACTION 6:20-CV-00456-ADA <br> § CIVIL ACTION 6:20-CV-00457-ADA <br> § CIVIL ACTION 6:20-CV-00458-ADA <br> § CIVIL ACTION 6:20-CV-00460-ADA <br> § CIVIL ACTION 6:20-CV-00461-ADA <br> § CIVIL ACTION 6:20-CV-00462-ADA <br> § CIVIL ACTION 6:20-CV-00464-ADA <br> § CIVIL ACTION 6:20-CV-00465-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

The Court, having considered the Joint Motion to Reset Pretrial Conference and Trial Dates, hereby ORDERS that the motion is GRANTED. The final pretrial conference for cases 6:20-CV-00454, -461, and -465, is reset to June 14, 2022, and trial for cases 6:20-CV-00454, -461, and -465, is reset to June 21, 2022. The final pretrial conference for cases 6:20-CV-00456, -458, -462, -460, -464, and -457, is reset to June 28, 2022, and trial for cases 6:20-CV-00456, -458, -462, -460, -464, and -457, is reset to July 5, 2022.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE