# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant.* | CIVIL ACTION 6:20-CV-00454-ADA<br>CIVIL ACTION 6:20-CV-00461-ADA<br>CIVIL ACTION 6:20-CV-00465-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE CONCERNING AGREEMENT TO EXTEND DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Notice to memorialize their agreement to extend the expert discovery deadline. The Parties have agreed to adjust the Scheduling Order to complete expert depositions in Case Nos. 6:20-cv-454, 6:20-cv-461, and 6:20-cv-465. The Parties have jointly agreed to modify the schedule as follows:

| Event | Case Nos. 6:20-cv-454, 6:20-cv-461, and 6:20-cv-465 | |
|---|---|---|
| | Current Deadlines | New Deadline |
| Close of Expert Discovery | 3/31/22 | 4/6/22 |
| Dispositive Motion Deadline | 4/12/22 | No change |
| Serve Pretrial Disclosures | 4/26/22 | No change |
| Objections/Rebuttal Disclosures | 5/10/22 | No change |
| MILs | 5/17/22 | No change |
| Joint Pretrial Order/Submissions | 5/24/22 | No change |
| Remaining Pretrial Objections | 6/7/22 | No change |
| Proposed Final PTC | 6/14/22 | No proposed change |
| Trial | 6/21/22 | No proposed change |

| | |
|---|---|
| DATED: April 5, 2022 | Respectfully submitted, |
| */s/ Anna Catherine Coll* | */s/ Melissa R. Smith* |

| | |
|---|---|
| Max L. Tribble, Jr., Bar No. 2021395<br>mtribble@susmangodfrey.com<br>J. Hoke Peacock III, Bar No. 15673980<br>tpeacock@susmangodfrey.com<br>Shawn Blackburn, Bar No. 24089989 *(pro hac vice)*<br>sblackburn@susmangodfrey.com<br>Bryce Barcelo, Bar No. 24092081*(pro hac vice)*<br>bbarcelo@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana St, Suite 5100<br>Houston, TX 77002-5096<br>Tel: (713) 651-9366 | Melissa R. Smith, Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>James "Travis" Underwood, Bar No. 24102587<br>travis@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Tel: (903) 934-8450<br>Fax: (903) 934-9257 |
| Kalpana Srinivasan, CA Bar No. 237460 *(pro hac vice)*<br>ksrinivasan@susmangodfrey.com<br>Anna Catherine Coll, CA Bar No. 337548 (*pro hac vice*)<br>acoll@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>1900 Avenue Of The Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Tel: (310) 789-3100 | Michael J. Bettinger<br>mbettinger@sidley.com<br>Irene Yang<br>irene.yang@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200<br>Fax: (415) 772-7400 |
| Elizabeth Aronson, NY Bar No. 5704432 *(pro hac vice)*<br>baronson@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330 | Richard A. Cederoth<br>rcederoth@sidley.com<br>John W. McBride<br>jwmcbride@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1 South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036<br><br>***ATTORNEYS FOR MICROSOFT CORPORATION*** |
| Mark D. Siegmund, Bar No. 24117055<br>mark@swclaw.com<br>**STECKLER WAYNE COCHRAN CHERRY, PLLC**<br>8416 Old McGregor Rd. | |

Waco, TX 76712
Tel: (254) 651-3690

***ATTORNEYS FOR WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT***

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on April 5, 2022.

                                                    /s/ *Melissa R. Smith*
                                                    Melissa R. Smith