IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>  Defendant. | CASE NO. 6:20-CV-00454-ADA<br>CASE NO. 6:20-CV-00461-ADA<br>CASE NO. 6:20-CV-00465-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF BRAZOS LICENSING AND DEVELOPMENT'S MOTION TO EXCLUDE TESTIMONY OF JEFFREY A. STEC

Before the Court is Plaintiff Brazos Licensing and Development's Motion to Exclude Testimony of Jeffrey A. Stec.  Based on the arguments presented in the motion, the opinions and testimony of Microsoft's damages expert, Mr. Stec, are unreliable and should be excluded from these cases in their entirety.  The Court hereby GRANTS Brazos' motion.

IT IS SO ORDERED this ____ day of April, 2022.

                                                                         _____
                                                                         ALAN D. ALBRIGHT
                                                                         UNITED STATES DISTRICT JUDGE