# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | § § § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00454-ADA<br>CIVIL ACTION 6:20-CV-00461-ADA<br>CIVIL ACTION 6:20-CV-00465-ADA<br><br>PATENT CASE<br><br>FILED UNDER SEAL<br><br>JURY TRIAL DEMANDED |

## ORDER DENYING MICROSOFT'S MOTION TO EXCLUDE DAMAGES OPINIONS AND TESTIMONY OF WSOU'S EXPERTS

Before the Court is Microsoft Corporation's Motion to Exclude Damages Opinions and Testimony of WSOU's Experts. The Court, having considered the same, is of the opinion the motion should be DENIED.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE